■ In the Matter of ADABEL D., a Person Alleged to be a Juvenile Delinquent, Appellant. [5 NYS3d 868]—Order, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about December 6, 2013, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that, if committed by an adult, would constitute the crime of attempted assault in the third degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The disposition is the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), and the court properly exercised its discretion in declining appellant's request for an adjournment in contemplation of dismissal. Among other things, the underlying offense was violent, and appellant was again arrested for violent conduct while this case was pending. Moreover, the court stated that it would consider sealing the case if appellant successfully completed probation. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels and Clark, JJ.